**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    James P. Price, Jr.                         Case No.: 08-26783
                                              Chapter: 13
    Debtor                                        Judge: Jack B Schmetterer
_____/

Potestivo & Associates, P.C.
Kenneth A. VanNorwick (P61707)
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-13094

Orlando Velazquez
Ledford & Wu
200 South Michigan Ave., Suite 209
Chicago, IL 60604
(312) 294-4400
notice@ledfordwu.com
_____/

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    NOW COMES Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS9 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment that was filed on October 22, 2014:

1. The Debtors filed their bankruptcy petition on October 27, 2008.

2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on October 22, 2014.

3. The Debtor failed to make direct post petition payments when due. The loan is contractually due for April 1, 2014.

4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  November 12, 2014 　　　　　　　　　*/s/ Kenneth A. VanNorwick*
　　　　　　　　　　　　　　　　　　　　　Potestivo & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　Kenneth A. VanNorwick (P61707)
　　　　　　　　　　　　　　　　　　　　　223 W. Jackson Blvd., Suite 610
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 263-0003
　　　　　　　　　　　　　　　　　　　　　Main Fax: (312) 263-0002
　　　　　　　　　　　　　　　　　　　　　Cook County Firm ID #: 43932
　　　　　　　　　　　　　　　　　　　　　DuPage County Firm ID #: 223623
　　　　　　　　　　　　　　　　　　　　　Attorneys for Ocwen Loan Servicing, LLC
　　　　　　　　　　　　　　　　　　　　　Our File No. C14-13094